UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOE EVANS, JR. | CIVIL ACTION N. 3:14CV1035 |
| VERSUS | JUDGE JAMES |
| M.L. SMITH, JR., L.L.C. | MAGISTRATE JUDGE HAYES |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 17] having been considered, together with the written objections and responses thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant M.L. Smith Jr., L.L.C.'s ("Smith") Motion for Partial Dismissal [Doc. No. 6] be **GRANTED IN PART AND DENIED IN PART.** Smith's Motion to Dismiss Plaintiff's detrimental reliance claim is **GRANTED** and the claim is **DISMISSED WITH PREJUDICE.** Smith's Motion to Dismiss is in all other regards **DENIED.**

Monroe, Louisiana, this 12th day of September, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE